DR 06/11/2025 (00JY12) 79:195949.04042302

COPY

# County OF DENTON
# COUNTY COURT AT LAW #2 OF DENTON COUNTY, TEXAS

FILE FOR RECORD
DENTON COUNTY CLERK

MAY 01 2025

JULI LUKE
_____ DEPUTY

Keisha Stephens
  Plaintiff,

Vs

Country Park Apartments
Defendants
Corporate
Sandalwood Mgmt, Inc.
500 Capital of Texas Hwy N. Bldg 7
Austin, Texas 78746

Columbia Debt Recovery LLC dba Genesis
0004540152
Defendants
P.O. Box 3630
Everett, WA 98213

National Credit Audit Corporation (NCAC)
476853
Defendants
P.O. Box 515489
Dallas, TX 75251

Lexis Nexis

Experian
Defendants

Transunion
Defendants

Equifax
Defendants

Factual Data Consumer Assistance
Defendants
PO Box 530090
Atlanta, GA 30353

AmRent Consumer Assistance
Defendants
PO Box 530091
Atlanta, GA 30353

Clarity Services, Inc
Experian Consumer Division
PO Box 16
Allen, TX 75013

Amended
Civil Action Case
Number: CN-2025-01586

1 | Page: Keisha Stephens vs Country Park Apartments, Et Al.

Klstephens0596@gmail.com

COPY

## COUNTY OF DENTON
## COUNTY COURT AT LAW #2 OF DENTON COUNTY, TEXAS

FILE FOR RECORD
DENTON COUNTY CLERK

MAY 01 2025

JULI LUKE
_____DEPUTY

| | |
|---|---|
| Keisha Stephens<br>    Plaintiff, | |
| Vs | |
| Country Park Apartments<br>Defendants<br>Corporate<br>Sandalwood Mgmt, Inc.<br>500 Capital of Texas Hwy N. Bldg 7<br>Austin, Texas 78746 | Civil Action Case<br>Number: CV-2025-01586 |
| Columbia Debt Recovery LLC dba Genesis<br>0004540152<br>Defendants<br>P.O. Box 3630<br>Everett, WA 98213 | |
| National Credit Audit Corporation (NCAC)<br>476853<br>Defendants<br>P.O. Box 515489<br>Dallas, TX 75251 | |
| Lexis Nexis | |
| Experian<br>Defendants | |
| Transunion<br>Defendants | |
| Equifax<br>Defendants | |
| Factual Data Consumer Assistance<br>Defendants<br>PO Box 530090<br>Atlanta, GA 30353 | |
| AmRent Consumer Assistance<br>Defendants<br>PO Box 530091<br>Atlanta, GA 30353 | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### TO THE HONORABLE JUDGE OF SAID COURT:

1 | Page: Keisha Stephens vs Country Park Apartments, Et Al.

# CITY OF DENTON
## COUNTY COURT AT LAW #2 OF DENTON COUNTY, TEXAS

## COMES NOW, Plaintiff, Keisha Stephens, complaining of Defendant, Country Park Apartments for cause of action would show the Court as follows:

The Plaintiff brings this case under FAIR CREDIT REPORTING ACT, TEXAS FINANCE CODE, TITLE 5. PROTECTION OF CONSUMERS OF FINANCIAL SERVICES,CHAPTER 392. DEBT COLLECTION and under the FAIR DEBT COLLECTION PRACTICES ACT. The Plaintiff prevailed against the defendant Country Park Apartments on February 13, 2023 with the County Court at Law #2 of Denton County, Texas in the City of Denton, Texas in Case CV-2023-00222-JP. The Defendant Country Park Apartments did not Appeal the Judgement entered against them by the County Court #2 on February 13, 2023. The Defendant Country Park Apartments have continuously and maliciously continued to send notice to Debt Collectors for Collection. Plaintiff brings suit against all defendants to cease attempts at collection and remove the aforementioned debt submitted by County Park Apartments from all three National Credit Bureaus Transunion, Equifax and Experian including Factual Data Consumer Assistance of Atlanta, GA and AmRent of Atlanta, GA. The County Court at Law #2 of Denton County, Texas has jurisdiction in this case matter. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Denton County, Texas in suit whereas Plaintiff resided at temporary residence. Plaintiff brings suit against the three National Credit Bureaus Transunion, Equifax and Experian has the Plaintiff's has disputed this item and the item was not removed from the Plaintiff's credit report including inquiries from Credit Collection Agencies. In this action the plaintiff brings suit against the three National Credit Bureaus releasing information in their possession to third party and affiliates, the Plaintiff there brings suit against Experian, Transunion and Equifax for failure to obtain authorization from the Plaintiff to allow access and distribute credit information outside of their organization. The plaintiff has not signed in the metaverse, by wet signature or by electronic means giving permission for the three National Credit Bureaus to distribute credit information regarding the Plaintiff to any entities, third parties, or affiliates.

### PRAYER

Plaintiff respectfully requests that this Court grant the following relief from Defendant(s):

A. A declaratory judgment, declaring Defendant's practices herein complained of to

# CITY OF DENTON
# COUNTY COURT AT LAW #2 OF DENTON COUNTY, TEXAS

be unlawful;

B. Costs for the prosecution of Plaintiff's claims for transportation cost, flight cost incoming and return flight and any other relief necessary to compensate Plaintiff;

C. Compensatory damages, including, but not limited to non-economic emotional distress damages, non-economic mental anguish damages, in the past and which in reasonable probability will be suffered in the future in the amount $750,000;

D. Punitive damages in the amount of $200,000 and treble damages;

E. Prejudgment and post-judgment interest – from the date of the action filed until the date of judgement;

F. A declaratory judgment, declaring all Defendant's remove from Credit Experian Report, Credit Equifax Report, Credit Transunion Report and Tenant Screening Data Files/Database and forever barred to collection thereof and entry to Plaintiff's Credit Report.

G. Costs for the prosecution of Plaintiff's claims, including the costs of (any) copies and civil mailing associated with the cost of prosecution of the Plaintiff's Claim;

H. Such other general relief to which Plaintiff shows herself justly entitled.


Respectfully Submitted,


Keisha Stephens, Pro Se
908 West Main Street
Duncan, Oklahoma 73533
Kstephens1177@yahoo.com