IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KEISHA STEPHENS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:25-cv-00702-ALM-AGD |
| COUNTRY PARK APARTMENTS, COLUMBIA DEBT RECOVERY LLC dba GENESIS, NATIONAL CREDIT AUDIT CORPORATION (NCAC), LEXIS NEXIS, EXPERIAN, TRANSUNION, EQUIFAX, FACTUAL DATA CONSUMER ASSISTANCE, AMRENT CONSUMER ASSISTANCE, and CLARITY SERVICES, INC., | § § § § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT TRANS UNION LLC'S NOTICE OF
PLAINTIFF'S NON-COMPLIANCE WITH COURT'S ORDER**

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and files this Notice of Plaintiff's Non-Compliance with the Court's Order on July 3, 2025 ("Order") and would respectfully show the Court as follows:

1. On July 2, 2025, Trans Union filed its Notice of Removal to this Court from the from Denton County Court at Law No. 2. ECF No. 1.

2. On July 3, 2025, the Court issued an Order and Advisory ("Order") ordering "the parties to replead as necessary to comply with the Federal Rules of Civil Procedure and the court's Local Rules" and stating that "Plaintiff's amended complaint is due thirty (30) days from the date of this Order. Defendants' amended answer is due twenty (20) days from receipt of the amended complaint." ECF No. 4.

3. Per the Court's Order, Plaintiff's deadline to file an amended complaint was August 2, 2025.

4. As of the filing of this Notice, Plaintiff has not filed an amended complaint, nor has she notified the court that she intends to proceed with this litigation and needs an extension of time.

5. Out of an abundance of caution, and to allow Pro Se Plaintiff more than what was provided by the Court, Trans Union has waited until August 22, 2025, twenty (20) days after the Court-ordered deadline, and the deadline upon which the Defendants were required to file their answer, to notice the Court.

Given Plaintiff's disregard for this Court's Order, Trans Union respectfully requests that the Court dismiss this action with prejudice, and for such other relief as the Court deems necessary.

Respectfully submitted,

*/s/ Sean Moloney*
Sean Moloney
Texas Bar No. 24122831
smoloney@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5442
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Vincent J. Hess
Vhess@troutman.com
Sophia Grace Westphal
Sophia.westphal@troutman.com
Troutman Pepper Locke LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 740-8254
***Counsel for Experian Information Solutions, Inc. and Clarity Services, Inc.***

Jason A. Spak
Jason.spak@fisherbroyles.com
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
(412) 401-2000
***Counsel for Factual Data, Inc. and AmRent, Inc.***

I further certify that on the 22nd day of August 2025, the foregoing was sent via United States First Class Mail and E-mail to the following:

Keisha Stephens
908 West Main Street, Unit 04
Duncan, Oklahoma 73533
K1stephens1177@yahoo.com
*Pro Se Plaintiff*

        */s/ Sean Moloney*
        **SEAN MOLONEY**